Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
District of Maryland

_2ND_ Division

PX 25CV2828

Miss Caroline Abisola Okutuga

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Mister Gregory A Adam

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. D-06-CV-25-007671
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   ☐ Yes   ☑ No

FILED ___ ENTERED
___ LOGGED ☑ RECEIVED

AUG 27 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | MISS ČAROLÏNÉ ÅBÎSÔLA O-KUTUGA |
   | Street Address | 815 Pershing Drive |
   | City and County | Silver Spring, MONTGOMERY |
   | State and Zip Code | MD 20910 |
   | Telephone Number | |
   | E-mail Address | 04ABISOLA@GMAIL.COM |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

Name: UNKNOWN DRIVER
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name: Mister Gregory A Adam
Job or Title (if known): CEO of Kaiser Permanente
Street Address: 1 Kaiser Plz,
City and County: Oakland, Almeda
State and Zip Code: California, 94612-3610,
Telephone Number: Company Phone: (510) 271-5800
E-mail Address (if known):

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* Caroline Abisola Okutuga, is a citizen of the State of *(name)* MARYLAND.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* UNKNOWN, is a citizen of the State of *(name)* UNKNOWN. Or is a citizen of *(foreign nation)* UNKNOWN.

2. If the defendant is a corporation
   The defendant, *(name)* MISTER GREGORY A ADAMS, is incorporated under the laws of the State of *(name)* MARYLAND, and has its principal place of business in the State of *(name)* MARYLAND. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* MARYLAND.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Page 3 of 5

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

MY LIFE IS MORE VALUEABLE THAN MONEY. ACCORDING TO THE CONSTITUTION THEFTT IS PROHIBITED.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* BETWEEN OCTOBER AND MIDDLE NOVEMBER OF YEAR 2023   07/05/23   at *(place)* SAFEWAY of Silver Spring 909 THAYER AVE, Silver Spring, Maryland, United States   655 Watkins Mills, Gaithersburg, MD 20850 Parking Lot of Gaithersburg, Kaiser

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

A strict liability tort is a type of personal injury case in which you as the defendant are held liable regardless of whether you were negligent or not. Maryland premises liability law makes the person or company that owns or is in possession of the property responsible for injuries suffered by people that should not have gotten hurt if the right thing was done hurt if the right thing was done. I seek the footage of my Visit to the Facility. To obtain a license plate number of the individual who hit me in the parking

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
CRIMINAL RESOURCE MANUAL CRM 1500-1999 1625. First Amendment -- 18 U.S.C. 112 Section 112(d) of Title 18 provides against any construction or application of 18 U.S.C. § 112 ". . . so as to abridge the exercise of rights guaranteed under the First Amendment to the Constitution of the United States." The specificity of the section, defining the types of conduct to which they intimidation.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

No money could amount to the Pursuit of Happiness of my life. A Motion for Discovery 1. The First deposition; Provide the VIDEO SURVEILLANCE Of DATE OF my attacking as proff of evidence. 2. Scope of Evidence: to Provide the FIRST AND Lastname of attacker. For court proceedlinks.

Specific damages sought, such as a particular amount of money.
$1Trillion USD

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/24/2025

Signature of Plaintiff

Printed Name of Plaintiff: Caroline Abisola Okutuga

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Print    Save As...    Add Attachment    Reset